## STATE OF CONNECTICUT v. BERNARD BEWRY
### (9145)

SPALLONE, DALY and LANDAU, Js.

Argued March 20–decision released April 9, 1991

*Kenneth W. Simon,* assistant public defender, for the appellant (defendant).

*Mary H. Lesser,* assistant state's attorney, with whom, on the brief, were *John M. Bailey,* state's attorney, and *James E. Thomas,* assistant state's attorney, for the appellee (state).

PER CURIAM. The judgment is affirmed.